

OFFICE OF THE CLERK
# WISCONSIN COURT OF APPEALS
110 EAST MAIN STREET, SUITE 215
P.O. BOX 1688
MADISON, WISCONSIN 53701-1688
Telephone (608) 266-1880
TTY: (800) 947-3529
Facsimile (608) 267-0640
Web Site: www.wicourts.gov

## DISTRICT I

April 21, 2022

*To*:

Hon. Jeffrey A. Conen
Circuit Court Judge
Electronic Notice

Hon. Michelle Ackerman Havas
Circuit Court Judge
Electronic Notice

George Christenson
Clerk of Circuit Court
Milwaukee County Safety Building
Electronic Notice

Winn S. Collins
Electronic Notice

John D. Flynn
Electronic Notice

Dennis Schertz
Electronic Notice

Jose F. Montero 654698
Racine Correctional Inst.
P.O. Box 900
Sturtevant, WI 53177-0900

You are hereby notified that the Court has entered the following order:

2020AP1867-CR          State of Wisconsin v. Jose F. Montero (L.C. # 2015CF4333)

Before Brash, C.J., Donald, P.J., and Dugan, J.

In response to this court's order of March 23, 2022, appellant's counsel informs us that he has now concluded that there is an issue with arguable merit to brief in this court.

IT IS ORDERED that the no-merit report is rejected.

IT IS FURTHER ORDERED that the appellant's brief shall be filed within forty days of the date of this order.

*Sheila T. Reiff*
*Clerk of Court of Appeals*